114 So.2d 115

Exalta ROMERO, Sr.

v.

DEPARTMENT OF HIGHWAYS.

No. 44500.

April 27, 1959.

After this case was submitted to us on appellee's motion to dismiss the appeal, the parties to this suit filed a joint motion requesting us to dismiss the appeal at appellant's cost.

Under the provisions of Rule VIII, Section 2 of this Court, 8 LSA–R.S., any appeal may be summarily dismissed when a joint motion has been interposed by all interested parties.

For the reasons assigned, the appeal in this case is dismissed at appellant's cost.

Ward L. Tilly, New Iberia, for appellant.

W. Crosby Pegues, Jr., D. Ross Banister, Philip K. Jones, George W. Lester, Baton Rouge, for appellee.

PONDER, Justice.